IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

KRISTIN A. HOWARD,

        Plaintiff,

v.                                                     No. 1:17-cv-00135-KRS

NANCY A. BERRYHILL,
Acting Commissioner of the
Social Security Administration,

        Defendant.

## JUDGMENT

Having granted in part Plaintiff's Motion to Reverse or Remand Administrative Agency Decision (Doc. 19) in an opinion and order entered concurrently herewith, in accordance with Federal Rule of Civil Procedure 58,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Plaintiff.

                                            _____
                                            **KEVIN R. SWEAZEA**
                                            **UNITED STATES MAGISTRATE JUDGE**